UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DRYAD PICTURES LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HIGHWAY BINGO PRODUCTIONS, INC.; and NEIL TOLKIN,<br><br>    Defendants.<br><br>HIGHWAY BINGO PRODUCTIONS, INC.; and NEIL TOLKIN,<br><br>    Counter-claimants,<br><br>vs.<br><br>DRYAD PICTURES LLC,<br><br>    Counter-defendant. | **CASE NO. 2:18-cv-08119-DSF-JC**<br>*Honorable Dale S. Fischer*<br><br>**ORDER GRANTING DISMISSAL** |

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation, that the above-captioned action, including both the complaint of Dryad Pictures LLC and the counterclaim of Highway Bingo Productions, Inc. and Neil Tolkin, be and hereby are voluntarily dismissed with prejudice with each party to fully bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: March 4, 2019

*Dale S. Fischer*
_____
Dale S. Fischer
United States District Judge